NUMBER 13-02-524-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

__________________________________________________________________


JOSE MARTIN RODRIGUEZ , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 214th District Court 

of Nueces County, Texas.

___________________________________________________________________



MEMORANDUM OPINION


Before Justices Hinojosa, Rodriguez, and Castillo

Opinion Per Curiam


 Appellant, JOSE MARTIN RODRIGUEZ , perfected an appeal from a judgment entered by the 214th
District Court of Nueces County, Texas, in cause number 01-CR-4117-F . On March 27, 2003 , this cause
was abated, and the trial court was directed to conduct a hearing in accordance with Tex. R. App. P.
38.8(b)(2). The trial court's findings and recommendations were received on May 27, 2003 . The trial court
found that the appellant does not wish to prosecute his appeal.

 The Court, having considered the documents on file and the trial court's findings and recommendations, is of
the opinion that the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).



Opinion delivered and filed this

the 12th day of June, 2003 .